

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-14-00369-CV

**STRATEGIC DENTAL EXECUTIVES LLC**,
Appellant

v.

**DEL MAR DENTAL, P.L.L.C.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-000680-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file its brief is GRANTED. Appellant's brief is due on **July 23, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court